**3 Pages**

RAVDEEP SINGH BHASIN
Plaintiff, In Pro se
P.O. Box: 1457, Fremont, CA 94538
Phone Number: 650-690-1930; Fax: 650-262-5465; Email: ravdeepbhasin@gmail.com

IN THE UNITED STATES DISTRICT COURT; NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO, CALIFORNIA

| | |
|---|---|
| RAVDEEP SINGH BHASIN<br><br>Plaintiff<br><br>vs.<br>DEPARTMENT OF HOMELAND SECURITY("DHS");<br>DHS SECRETARY JEH CHARLES JOHNSON;<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES ("USCIS");<br>USCIS DIRECTOR LORI SCIALABBA;<br><br>OFFICE OF THE ATTORNEY GENERAL;<br>ATTORNEY GENERAL OF THE UNITED STATES ERIC H. HOLDER, JR.;<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT( "ICE");<br>ICE DIRECTOR JOHN MORTON.<br><br>Defendants. | Case No.: CV14-00029<br><br>STIPULATION FOR ORDER TO CONTINUE THE DEFENDANTS' MOTION TO DISMISS FORTHCOMING HEARING DATE OF JULY 17, 2014 TO AUGUST 14, 2014 AND (~~PROPOSED~~) ORDER THEREON |

The plaintiff, RAVDEEP SINGH BHASIN( "Plaintiff") , and the defending parties, DEPARTMENT OF HOMELAND SECURITY, et al.( "Defending Parties"), through their attorney MELANIE L. PROCTOR( CABN 228971) stipulate as follows:

1.0 Plaintiff filed this action on January 03, 2014, which was fully served on all the parties on June 05, 2014.

2.0 The Defending Parties filed their Motion to Dismiss on June 12, 2014 and have set up its hearing date as July 17, 2014. Plaintiff's opposition is due within fourteen days of the filing of this motion.

3.0 The Plaintiff desires an extension of time to make his response to this motion, and the Defending Parties have agreed to extend the dates as follows:

Plaintiff's opposition latest by July 24, 2014

Motion to Dismiss hearing date continued from July 17, 2014 to August 14, 2014.

4.0 The Defending Parties have no objection to the above time extensions.

Dated: June 19, 2014

RAVDEEP SINGH BHASIN
Plaintiff, in Pro se.

Dated: June 20, 2014

MELANIE L. PROCTOR( CABN 228971)

## ORDER

Based upon the stipulation of the parties, it is hereby ORDERED:

(a) The Plaintiff to file his opposition, if any, latest by July 24, 2014

(b) The Motion to Dismiss hearing date of July 17, 2014 @ 1:30 PM is continued to August 14, 2014 @ 1:30 PM. The current date of July 17, 2014 @ 1:30 PM stands vacated.

Dated: 6/24/14

RICHARD SEEBORG
United States District Judge