IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

RAVDEEP SINGH BHASIN,

        Plaintiff,

  v.

DEPARTMENT OF HOMELAND SECURITY, et al.,

        Defendants.

No. CV 14-0029 RS

**JUDGMENT**

Based on the order issued herewith, granting defendants' motion to dismiss, the Court enters judgment in favor of defendants and against plaintiff in the above-entitled action.

IT IS SO ORDERED.

DATED: 8/12/14

_____
RICHARD SEEBORG
United States District Judge

No. CV 12-1616 RS
ORDER